UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ALEJANDRO PEREZ GABAY**

    Plaintiff,

v

**PARK WEST GALLERIES, INC., KEATON, INC.**
d/b/a Park West at Sea, **PWG FLORIDA, INC.**
d/b/a Fine Art Sales, Inc., **SMART PUBLISHERS OF**
**FINE ART, INC.** d/b/a Smart Publishing, **PLYMOUTH**
**AUCTIONEERING SERVICES, LTD.,**
**RAMI ROTKOPF, ALBERT SCAGLIONE** and
**ALBERT MOLINA**

    Defendants.

Case No. 10-CV-12702
Hon. Patrick J. Duggan
Magistrate Mark A. Randon

---

DONALD L. PAYTON (P27388)
JONATHAN H. SCHWARTZ (P70819)
KAUFMAN, PAYTON & CHAPA, P.C.
*Attorneys for Plaintiff*
30833 Northwestern Highway, Suite 200
Farmington Hills, MI 48334
248.626.5000/fax 248.626.2843
dlpayton@kaufmanlaw.com
jhschwartz@kaufmanlaw.com

RODGER D. YOUNG (P22652)
JAYE QUADROZZI (P71646)
JASON D. KILLIPS (P67883)
Young & Susser, P.C.
Attorneys for Defendants Park West Galleries, Inc., and Albert Scaglione
26200 American Drive, Suite 305
Southfield, Michigan 48034
248.353.8620
248.353.6559 (fax)
efiling@youngpc.com

---

## ORDER

This matter having come before this Court by way of Plaintiff's Ex Parte Motion to Extend Summons, and having been otherwise fully advised in the premises:

IT IS HEREBY ORDERED that the Summons is extended for 90 days.

Date: September 21, 2010

s/Patrick J. Duggan
U.S. DISTRICT COURT JUDGE