UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALEJANDRO PEREZ GABAY,

    Plaintiff,

v.                                                        Case No. 10-12702

PARK WEST GALLERIES, INC.,                  Honorable Patrick J. Duggan
KEATON, INC., d/b/a PARK WEST AT
SEA, PWG FLORIDA, INC., d/b/a FINE
ART SALES, INC., SMART PUBLISHERS
OF FINE ART, INC., d/b/a SMART
PUBLISHING, PLYMOUTH
AUCTIONEERING SERVICES, LTD.,
RAMI ROTKOPF, ALBERT SCAGLIONE,
and ALBERT MOLINA,

    Defendants.

_____/

## **JUDGMENT**

On July 8, 2010, Plaintiff filed an action alleging copyright infringement. On this date, the Court entered an Opinion and Order holding that Plaintiff is not entitled to relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's action against Keaton, Inc., d/b/a Park West at Sea, and Plymouth Auctioneering Services, Ltd. is **DISMISSED WITHOUT PREJUDICE**;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's action against the remaining defendants is **DISMISSED WITH PREJUDICE**.

DATE: December 22, 2010                    s/PATRICK J. DUGGAN
                                                 UNITED STATES DISTRICT JUDGE

Copies to:

Donald L. Payton, Esq.
Jason D. Killips, Esq.
Rodger D. Young, Esq.
Benjamin K. Steffans, Esq.
J. Michael Huget, Esq.